

faegredrinker.com

**Tyler A. Young**
Partner
tyler.young@faegredrinker.com
+1 612 766 8610 direct

Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
+1 612 766 7000 main
+1 612 766 1600 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/30/2022

March 30, 2022

**MEMO ENDORSED**

<u>Via ECF</u>

The Honorable Nelson S. Román
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:     <u>Warren v. The Stop & Stop Supermarket LLC</u>, No. 7:20-cv-08718-NSR (S.D.N.Y.)

Dear Judge Román:

I represent Defendant The Stop & Shop Supermarket LLC in the above-referenced matter. In accordance with Your Honor's Individual Practices in Civil Cases, Plaintiff and Defendant jointly request a two-week extension of time to file a proposed Case Management Plan and Scheduling Order ("CMP").

On March 16, 2022, Your Honor entered an Opinion and Order (Dkt. 28) that, among other things, directed the parties to confer and jointly file a CMP by March 31, 2022. The parties have been conferring diligently and cooperatively about the litigation, but they require additional time to complete their discussions regarding the CMP. Accordingly, the parties request that the Court extend this deadline by two weeks, to and including April 14, 2022.

This is the first request to extend the deadline to file a proposed CMP, and this request does not affect any other scheduled dates.

Respectfully submitted,

s/ Tyler A. Young

Tyler A. Young

**The Court GRANTS the application and extends the parties' deadline to jointly file a proposed CMP order to April 14, 2022. The Clerk of the Court is directed to terminate the motion at ECF No. 29.**

**Dated: March 30, 2022**
        **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE