UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kari Warren, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The Stop & Shop Supermarket LLC,<br><br>Defendant. | 7:20-cv-08718-NSR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kari Warren hereby voluntarily dismisses the above-captioned action with prejudice.

                                              SHEEHAN & ASSOCIATES, P.C.

Dated: April 13, 2022                    By:  <u>Spencer Sheehan</u>
                                              Spencer Sheehan
                                              60 Cuttermill Road, Ste 412
                                              Great Neck, NY 11021
                                              Telephone: (516) 268-7080
                                              spencer@spencersheehan.com

                                              *Attorney for Plaintiff Kari Warren*

US.137766915.01